# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00550-CV

**NL Industries, Inc./James A. Howard, Special Deputy Receiver of Texas Employers Insurance Association, Appellants**

**v.**

**James A. Howard, Special Deputy Receiver of Texas Employers Insurance Association/NL Industries, Inc., Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT**
**NO. GN000738, HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant and Cross-Appellee NL Industries, Inc. and Appellee/Cross-Appellant James A. Howard, Special Deputy Receiver of Texas Employers Insurance Association, have settled this case and have jointly moved to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed:   June 12, 2003